**634**

Clara Turro, administratrix of estate of Ernest Miller, deceased, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,530.

Opinion filed February 2, 1938.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Mortimer A. Rothstein and Alexander Rothstein, for appellee.

Mr. Justice Hall delivered the opinion of the court.

People of the State of Illinois ex rel. Edward J. Barrett, Auditor of Public Accounts of State of Illinois, plaintiff, v. West Side Trust and Savings Bank of Chicago, defendant. L. H. Heyman et al., appellees, v. William L. O'Connell, respondent. Appeal of Mario J. Ardito et al., appellants. Gen. No. 39,549.

Opinion filed February 2, 1938.

Shulman, Shulman & Abrams and Rosenfeld & Bromberg, for appellants; Meyer Abrams, of counsel. John M. Lee and Carl M. Loos, for appellees.

Mr. Justice Hall delivered the opinion of the court.

John W. Bennett and Edward M. Colbach, trading as Bennett and Colbach, appellants, v. Mrs. Grace M. Forschner, appellee. Gen. No. 39,578.

Opinion filed February 2, 1938.

Bennett & Colbach, pro se; James B. McKeon, of counsel. Rosen, Francis & Rosen, for appellee.

Mr. Justice Hall delivered the opinion of the court.